

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00325-CV
_____

REALTEX CONSTRUCTION, LLC, APPELLANT

V.

CYNTHIA RICO D/B/A FRAME CO. AND
OSCAR SALINAS, JR. D/B/A SALINAS CONSTRUCTION, INC., APPELLEES

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2016-522,243; Honorable J. Blair Cherry, Jr., Presiding

October 18, 2018

## ABATEMENT

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Realtex Construction, LLC, appeals from a final judgment in favor of Appellees, Cynthia Rico d/b/a Frame Co. and Oscar Salinas, Jr. d/b/a Salinas Construction, Inc. On October 17, 2018, Realtex filed a suggestion of bankruptcy with the clerk of this court. *See* TEX. R. APP. P. 8.1. The suggestion provides notice that

Realtex filed a bankruptcy petition in the United States Bankruptcy Court for the Western District of Texas on October 8, 2018. The bankruptcy proceeding is currently pending as case number 18-11300.

Accordingly, this appeal is abated and all appellate deadlines are suspended until further order of this court. *See* TEX. R. APP. P. 8.2. The parties may file a motion to reinstate or sever the appeal if permitted by federal law or the bankruptcy court. *See* TEX. R. APP. P. 8.3. The parties shall promptly inform this court of the resolution of the bankruptcy proceeding or any other event authorizing reinstatement of the appeal.

It is so ordered.

Per Curiam